FILED by \_\_\_\_\_ YH \_\_\_\_ D.C.

Dec 20, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20849-CR-WILLIAMS/TORRES

18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)

UNITED STATES OF AMERICA

vs.

TAIMY NAVARRO,

  Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

On or about May 17, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**TAIMY NAVARRO,**

during and in relation to a felony violation of Title 18, United States Code, Sections 1347 and 2, that is, in connection with the delivery of and payment for health care benefits, items, and services, to knowingly and willfully execute, and attempt to execute, a scheme and artifice to defraud a health care benefit program affecting commerce, as defined by Title 18, United States Code, Section 24(b), that is, Medicare and Medicare drug plan sponsors, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit programs, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person,

that is, the signature of "E.F.", in violation of Title 18, United States Code, Section 1028A(a)(1).

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JOSHUA S. ROTHSTEIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

TAIMY NAVARRO,

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)          Yes ____   No ____
Number of new defendants  ____
Total number of counts    ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days    ✓              Petty       ____
   II   6 to 10 days   ____           Minor       ____
   III  11 to 20 days  ____           Misdem.     ____
   IV   21 to 60 days  ____           Felony      ✓
   V    61 days and over ____

6. Has this case previously been filed in this District Court?    (Yes or No)    No
   If yes: Judge_____ Case No._____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes: Magistrate Case No._____
   Related miscellaneous numbers:_____
   Defendant(s) in federal custody as of_____
   Defendant(s) in state custody as of_____
   Rule 20 from the District of_____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ____    No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ____    No ✓

_____
Joshua S. Rothstein
Assistant United States Attorney
Court ID A5502111

*Penalty Sheet(s) attached                                                    REV 8/13/2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** TAIMY NAVARRO

**Case No:** _____

Count #: 1

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

* **Max. Penalty:** 2 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Taimy Navarro, | ) | |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

_____
_Printed name of defendant's attorney_

_____
_Judge's signature_

_____
_Judge's printed name and title_