UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19- 20849-CR-WILLIAMS

UNITED STATES OF AMERICA,

v.

TAIMY NAVARRO,

      Defendant.

_____

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, TAIMY NAVARRO, by and through her undersigned attorney, files this, *Unopposed Motion to Continue Trial*, and in support thereof, states as follows:

1.      The trial of this case is set to commence on the two-week trial calendar beginning on February 18, 2020, pursuant to this Court's Order entered on January 7, 2020.

2.      Ms. Navarro is charged by Information in the above styled matter with aggravated identity theft in violation of Title 18, United States Code, Section 1028A(a)(1). The Information was filed on December 23, 2019.

3.      Counsel filed *Notice of Permanent Appearance* January 7, 2020.

4.      Discovery in this case was served on counsel January 23, 2020.  In addition, on January 27, 2020 three (3) DVDs were delivered to the office of the undersigned via FedEx.

5.      Counsel has not had an opportunity to completely review the discovery.  Further, undersigned has not had the opportunity to meet with Ms. Navarro regarding the discovery.

6.      Counsel is set for jury trial during the same trial period as this case in *State of*

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

*Florida v. David Egusquiza*, Case No.: F19-004886, before the Hon. Nushin Sayfie.

7.    In light of the foregoing it would be difficult for undersigned counsel to properly prepare for the trial of this case as it is presently set.

8.    Consequently, counsel respectfully requests a continuance of the trial in this case for a period of sixty days.

9.    Counsel communicated with AUSA Timothy Abraham, who indicated that the government does not object to this motion being granted.

10.   Counsel has discussed the motion to continue with the Defendant, including a waiver of speedy trial. Defendant concurs with the motion to continue and she agrees to a waiver of her right to a speedy trial. See attached *Waiver of Speedy Trial*.

11.   Counsel certifies that this continuance is sought in good faith, and not for the purpose of delay.

**WHEREFORE**, Defendant prays that this Honorable Court enter its Order continuing the trial in this case.

**DATED**: January 7, 2020.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: /s/ Larry T. McMillan
Larry T. McMillan
Attorney for Ms. Navarro

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 7, 2020, the undersigned electronically filed the foregoing *Unopposed Motion to Continue Trial* with the Clerk of the Court using CM/ECF.

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

**Donet, McMillan & Trontz, P.A.**

By: /s/ Larry T. McMillan
      Larry T. McMillan, Esq.
      Florida Bar No.: 998745
      Attorney for Ms. Navarro
      3250 Mary Street, Suite 406
      Miami, Florida 33131
      Telephone: (305) 444-0030
      Fax: (305) 444-0039
      Email: mcmillan@dmt-law.com
      Email: paralegals@dmt-law.com

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19- 20849-CR-WILLIAMS

UNITED STATES OF AMERICA,

v.

TAIMY NAVARRO,

       Defendant.

_____

### WAIVER OF SPEEDY TRIAL

       Defendant, Taimy Navarro, by and through her undersigned counsel, in conjunction with her *Unopposed Motion to Continue Trial*, hereby waives her right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, from January 6, 2020, through and including February 18, 2020.

       **DATED:** January 7, 2020.

                Respectfully submitted,

                **Donet, McMillan & Trontz, P.A.**

                By:  /s/ Larry T. McMillan
                Larry T. McMillan
                Attorney for Ms. Navarro

       [Certificate of Service on next page]

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on January 7, 2020, the undersigned electronically filed the

foregoing Defendant's *Waiver of Speedy Trial* with the Clerk of the Court using CM/ECF.

**Donet, McMillan & Trontz, P.A.**

By:  /s/ Larry T. McMillan
Larry T. McMillan
Florida Bar No.: 998745
Attorney for Ms. Navarro
3250 Mary Street, Suite 406
Miami, Florida 33131
Telephone: (305) 444-0030
Fax: (305) 444-0039
Email: mcmillan@dmt-law.com
Email: paralegals@dmt-law.com

Page **2** of **2**