UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cr-20849-KMW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAIMY NAVARRO,

    Defendant.

_____

### ORDER ON DEFENDANT TAIMY NAVARRO'S
### UNOPPOSED MOTION FOR EXTENSION OF TIME TO SURRENDER

**THIS CAUSE** came before the Court on the Defendant TAIMY NAVARRO'S Unopposed Motion for Extension of Time to Surrender [DE 35] and the Court having reviewed said Motion and being otherwise fully advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is: _Granted. Ms. Navarro is directed to surrender by noon on March 8, 2021._

**DONE AND ORDERED** in Chambers at the United States District Courthouse at Miami-Dade County, Florida, on this 21st day of December, 2020.

                                          HON. KATHLEEN M. WILLIAMS
                                          United States District Judge

Copies to Counsel of Record.