UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cr-20849-WILLIAMS

UNITED STATES OF AMERICA,

 Plaintiff,

v.

TAIMY NAVARRO,

 Defendant.

_____

## DEFENDANT, TAIMY NAVARRO'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME TO SURRENDER

 Defendant, TAIMY NAVARRO, by and through her undersigned counsel, in the interests of justice and based upon the extraordinary national emergency that is currently taking place because of the COVID-19 pandemic, respectfully requests this Honorable Court to extend the March 8, 2021 date by which she is required to surrender to the United States Marshal Service to begin serving her term of imprisonment.

 1. Ms. Navarro pled guilty to one count of Aggravated identity theft and was sentenced on August 24, 2020, to 24 months in prison.

 2. Judgment was entered on August 25, 2020.

Page **1** of **6**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

3. This Honorable Court allowed the Defendant to self-surrender to the U.S. Marshalls on March 8, 2021.

4. Ms. Navarro is a 44 year old woman who has absolutely no prior contacts with the law.

5. Ms. Navarro has never committed a crime of violence; thus, Ms. Navarro is not a danger to the community.

6. Ms. Navarro resides with and is the care giver for her mother, brother and six year old grand-niece. Her mother is in her early eighties and has recently undergone knee replacement and back surgery. Here brother, who is disabled, suffers from a bipolar disorder and is recently in remission of lymphatic cancer. Ms. Navarro shoulders the burden of supporting and caring for her family. Although she has no children of her own, Ms. Navarro is helping to raise her brother's granddaughter. In addition to continuing her education, Ms. Navarro continues to assist family members in everyday matters such as taking her mother and brother around for medical appointments, dispensing medications, doing homework with her grandniece and preparing meals.

7. Ms. Navarro would argue that since the date of her sentencing the world has quickly become a different world and it is getting worse by the day due to the Covid-19 virus.

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

8. When Ms. Navarro was sentenced there was a serious epidemic in the U.S.

9. Ms. Navarro would urge this Honorable Court to consider that prison conditions create the ideal environment for the transmission of contagious disease;[1] that it is obvious and well known that inmates move in and out of prison from all over the country; and that individuals who work in the those facilities, including correctional officers and care and service providers, go in and out daily, without screening.

10. Ms. Navarro would urge this Honorable Court to consider as well that incarcerated people have poorer health than the general population, and even at the best of times, medical care is limited.[2]

11. Ms. Navarro would also posit that, according to public health experts, incarcerated individuals "are at special risk of infection, given their living situations" and "may also be less able to participate in proactive measures to keep themselves safe;" [therefore] "infection control is challenging in these settings."[3]

---

[1] Joseph A. Bick (2007). Infection Control in Jails and Prisons. *Clinical Infectious Diseases* 45(8):1047-1055, *at* https://doi.org/10.1086/521910.

[2] Laura M. Maruschak et al. (2015). Medical Problems of State and Federal Prisoners and Jail Inmates, 2011-12. NCJ 248491. Washington, D.C.: U.S. Department of Justice, Bureau of Justice Statistics, *at* https://www.bjs.gov/content/pub/pdf/mpsfpji1112.pdf.

[3] "Achieving A Fair And Effective COVID-19 Response: An Open Letter to Vice-President Mike Pence, and Other Federal, State, and Local Leaders from Public Health and Legal Experts in the United States," (March 2, 2020), *at*

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

12. Ms. Navarro would urge this Honorable Court to consider that in the U.S. steps are already being taken in some jurisdictions to facilitate the release of elderly and sick prisoners and to reduce jail populations by discouraging or refusing the admission of individuals arrested on non-violent charges.[4]

13. Ms. Navarro would ask this Honorable Court to consider *Davis v. Ayala*, 135 S. Ct. 2187, 2209 (2015) (Kennedy, J., concurring), which called for heightened judicial scrutiny of the projected impact of jail and prison conditions on a defendant.

14. Ms. Navarro would urge this Honorable Court that, in the face of this pandemic, from Ms. Navarro's perspective, her life – not just her liberty – is on the line, creating a powerful incentive to abide by any conditions that the Court may impose.

15. Due to Ms. Navarro's age, a vaccine is still not available to her at this time. Therefore, incarceration at this time would unnecessarily put her life at risk.

---

https://law.yale.edu/sites/default/files/area/center/ghjp/documents/final_covid-19_letter_from_public_health_and_legal_experts.pdf.

4 For instance, in New York, Brooklyn District Attorney Eric Gonzalez, joined by public health experts, has asked Governor Cuomo to grant emergency clemencies to elderly and sick prisoners (Sarah Lustbader, *Coronavirus: Sentenced to COVID-19*, The Daily Appeal (Mar. 12, 2020) *at* https://theappeal.org/sentenced-to-covid-19/.); Cuyahoga County (Ohio) is holding mass pleas and bail hearings to reduce the current jail population (https://www.cleveland.com/court-justice/2020/03/cuyahoga-county-officials-will-hold-mass-plea-hearings-to-reduce-jail-population-over-coronavirus-concerns.html); Mahoning County (Ohio) jail is refusing all non-violent misdemeanor arrestees (https://www.wkbn.com/news/coronavirus/mahoning-county-jail-refusing-some-inmates-due-to-coronavirus-outbreak/); see also Collin County (TX) (https://www.dallasnews.com/news/public-health/2020/03/12/facing-coronavirus-concerns-collin-county-sheriff-asks-police-not-to-bring-petty-criminals-to-jail/).

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

16. Ms. Navarro recognizes fully that she – and no one else – placed herself and her family in this position and deeply regrets it.

17. During the pendency of these proceedings Ms. Navarro has demonstrated time and again that she has returned to the law abiding, decent person she was before making this lamentable mistake.

18. Undersigned counsel communicated with Assistant United States Attorney Timothy Abraham, who indicated that the government <u>does not</u> object to this motion being granted.

19. Undersigned counsel certifies that this Motion is filed in good faith, not for the purpose of delay, but so that justice may be done.

**WHEREFORE**, Defendant, TAIMY NAVARRO, respectfully requests that the Court grant her instant Motion for the foregoing reasons.

**DATED:** February 24, 2021.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: /s/ Larry T. McMillan
Larry T. McMillan, Esq.
Attorney for Ms. Taimy Navarro

Page **5** of **6**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 24, 2021, undersigned counsel electronically filed the foregoing Defendant's Motion for Extension of Time to Surrender with the Clerk of the Court using CM/ECF.

                              **Donet, McMillan & Trontz, P.A.**

                      By: /s/ Larry T. McMillan
                            Larry T. McMillan, Esq.
                            Florida Bar No.: 998745
                            Attorney for Ms. Taimy Navarro
                            3250 Mary Street, Suite 406
                            Miami, Florida 33133
                            Telephone: (305) 444-0030
                            Fax:       (305) 444-0039
                            Email: mcmillan@dmt-law.com
                            Email: paralegals@dmt-law.com

Page **6** of **6**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com